UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BON APPETIT MANAGEMENT
COMPANY,

        Plaintiff,                    Case No. 1:20-cv-949

v.                                      Hon. Paul L. Maloney

ALBION COLLEGE,

        Defendant.
_____/

## ORDER REGARDING SETTLEMENT
## AND ADMINISTRATIVELY CLOSING THE CASE

The parties having placed a settlement of this matter on the record at a settlement conference held February 24, 2022;

**IT IS HEREBY ORDERED** that all further proceedings in the case are stayed, and the case is administratively closed until such time as the parties file a stipulation of dismissal or a request for other relief.


Dated:  February 25, 2022                /s/ Ray Kent
                                                  RAY KENT
                                                  United States Magistrate Judge